------------------------------------------------X
UNITED STATES OF AMERICA

Plaintiff,

– against –

DANIEL SANGOBANWO

Defendant.
------------------------------------------------X

ORDER OF REFERRAL

06 CR 273 (FB)

The defendant, **Daniel Sangobanwo** having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge **Orenstein** to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated: Brooklyn, New York
_____5/19____, 2006

_____
FREDERIC BLOCK
United States District Judge

CONSENTED TO:

X _____
Defendant (signature)

_____
Attorney for Defendant (signature)